IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROOSEVELT WILLIAMS,

    Plaintiff,

v.

JOSEPH HARRIS,

    Defendant.

ORDER

Case No.  14-cv-785-jdp

---

    Plaintiff Roosevelt Williams a prisoner in the custody of the Wisconsin Department of Corrections at the Columbia Correctional Institution, filed this case in the Circuit Court for Columbia County.  On November 17, 2014 defendant Joseph Harris removed the action to this court and paid the $400 filing fee.  However, because plaintiff is a prisoner, he is subject to the Prison Litigation Reform Act ("PLRA"), which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Roosevelt Williams's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when a screening determination has been made.  In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on any communication.

    Entered this 1st day of December, 2014.

    BY THE COURT:

    /s/
    PETER OPPENEER
    Magistrate Judge