IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROOSEVELT WILLIAMS,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                        Case No. 14-cv-785-jdp

JOSEPH HARRIS,

    Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Roosevelt Williams leave to proceed and dismissing this case.

| /s/ | 7/2/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |